**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00466-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    MARCO DIAZ-SEGURA,
      *a.k.a. Marcos Segura-Dias,*
      *a.k..a. Marcos Diaz-Segura,*
      *a.k.a. Markos Segura-Dias,*

      Defendant.

_____

**ORDER SETTING CHANGE OF PLEA AND SENTENCING HEARING**
_____

Pursuant to the Notice of Disposition and Unopposed Motion for Immediate Sentencing filed on December 23, 2014 (Docket Nos. 15 and 16). A Change of Plea and Sentencing Hearing are set for **January 15, 2015**, at **3:30 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **January 22, 2015**, and the **three-day** jury trial scheduled for **January 26, 2015** are VACATED.

DATED this 30th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge